Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

Susanne B. Berg (SBN 236468)
177 Post Street, Suite 600
San Francisco, CA 94108
(415) 738-6365
(415) 738-2302 (Fax)
berglaw@gmail.com (e-mail)

ATTORNEYS FOR PLAINTIFF

*IT IS SO ORDERED*
*/s/ James Larson*
*Judge James Larson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR ALCALA, individually and on behalf of all other individuals similarly situated,<br><br>          Plaintiff(s),<br><br>     v.<br><br>SPRINT NEXTEL CORPORATION,<br><br>          Defendant(s).<br>_____/ | No.  C 07-02207 JL<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

　　　PLEASE TAKE NOTICE that the Plaintiff hereby dismisses this case, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: July 28, 2007

          /s/
Irving L. Berg, Esq.
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA  94925
(415) 924-0742
Fax: (415) 891-8208

Attorney for Plaintiff
HECTOR ALCALA